1 Nicholas Ulrich
Assistant Attorney General
2 1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
3 (509) 456-3123

4
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
5

6 | PENNY RODRIGUEZ, | NO. 2:22-cv-00144
Plaintiff,
7 | v. | NOTICE OF REMOVAL TO
FEDERAL COURT
8 | ISRAEL RODRIGUEZ and STATE
OF WASHINGTON,
9 | DEPARTMENT OF SOCIAL AND | **(CLERK'S ACTION**
HEALTH SERVICES, DIVISION | **REQUIRED)**
OF CHILDREN, YOUTH AND
10 | FAMILY SERVICES, and CHILD
PROTECTIVE SERVICES,
11

12 | Defendants.

13 TO:          THE CLERK OF THE ABOVE ENTITLED COURT;

14 TO:          PENNY RODRIGUEZ, Plaintiff, and;

15 TO:          MARY SCHULTZ, Plaintiff's Attorney.

16 AND TO:  ISRAEL RODRIGUEZ, Co-Defendant

17 AND TO:  CHAD FREEBOURN and KEVIN ROBERTS, Co-Defendant's

18                    Attorneys

19     PLEASE TAKE NOTICE that Defendants, STATE OF WASHINGTON,

20 DEPARTMENT OF SOCIAL AND HEALTH SERVICES, DIVISION OF

21 CHILDREN, YOUTH AND FAMILY SERVICES, and CHILD PROTECTIVE

22 SERVICES, hereby request that the United States District Court for the Eastern

District of Washington assume jurisdiction over the suit filed by the Plaintiff PENNY RODRIGUEZ against the Defendants in Spokane County Superior Court cause number 19-2-03497-32 to the United States District Court of the Eastern District of Washington at Spokane, on the grounds set forth herein. This notice and petition for removal is made pursuant to 28 U.S.C. § 1331, § 1343, § 1367, § 1441, and § 1446. And is proper and appropriate based on the following:

1. The State Defendants were originally brought into Spokane Sup. Ct. Cause No. 21-2-00613-32 by Penny Rodriguez as Third Party Defendants.

2. These third party claims raised federal questions under 42 U.S.C. § 1983, 1985, and 1986. The only state cause of action arose out of the same case or controversy.

3. Pursuant to *Home Depot v. Jackson*, 139 S. Ct. 1743 (2019), however, third party defendants do not have the status remove an action to federal court under 28 U.S.C. § 1441 despite the existence of federal question jurisdiction and supplemental jurisdiction.

4. In December of 2019, the Spokane Superior Court ruled the claims were improper to bring under Wash. R. Civ. P. 14 as third party claims because they were independent claims.

5. Rather than forcing Ms. Rodriguez to refile, however, on May 20, 2022, the Spokane Superior Court moved the claims into a 2019 cause of action where Penny Rodriguez is a plaintiff not a third-party plaintiff.

6. The Court specifically indicated that the State Defendants were removed

from the caption of the 2021 cause of action and added to the caption of the 2019 cause of action.

7. Because the State Defendants changed status from third-party defendants to mere defendants when the Court ordered the claims moved to the 2019 cause of action the case is removable pursuant to 28 U.S.C. §1441(a) and §1446(b)(3).

8. The Court has jurisdiction over the case under 28 U.S.C. §1331 (federal question) and §1367 (supplemental jurisdiction).

9. All defendants including Co-Defendant Israel Rodriguez consent to this removal.

Wherefore, Defendants respectfully request that the above referenced matter now pending in Washington State Superior Court for Spokane County be removed to the United States District Court for the Eastern District of Washington at Spokane.

DATED this  16th  day of June, 2022.

ROBERT W. FERGUSON
Attorney General

*s/Nicholas Ulrich*
NICHOLAS ULRICH, WSBA No. 50006
Assistant Attorney General
1116 W. Riverside, Suite 100
Spokane, WA 99201
509-456-3123 – Telephone
509-458-3548 – Fax
Nicholas.Ulrich@atg.wa.gov

## PROOF OF SERVICE

I certify that I electronically filed and served a copy of this document using the CM/EDCF filing system and sent a copy of such filing in the U.S. mail to the following:

☒ US Mail Postage Prepaid

Mary Schultz
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
*Attorney for Plaintiff*

Kevin W. Roberts
Chad H. Freebourn
Roberts Freebourn, PLLC
1325 W. 1st Ave., Ste. 303
Spokane, WA 99201
*Attorneys for Defendant Israel Rodriguez*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __16th__ day of June, 2022, at Spokane, Washington.

ROBERT W. FERGUSON
Attorney General

 *s/Nicholas Ulrich*
NICHOLAS R. ULRICH, WSBA No. 50006
Assistant Attorney General
Attorney for Defendants
1116 W. Riverside Ave., Ste. 100
Spokane, WA 99201
509-456-3123 – Telephone
Nicholas.Ulrich@atg.wa.gov