Nicholas Ulrich
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PENNY RODRIGUEZ, | NO. 2:22-cv-00144 |
| Plaintiff, | DECLARATION OF NICHOLAS ULRICH |
| v. | |
| ISRAEL RODRIGUEZ and STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, DIVISION OF CHILDREN, YOUTH AND FAMILY SERVICES, and CHILD PROTECTIVE SERVICES, | |
| Defendants. | |

Nicholas Ulrich declares and states as follows:

1. I am over the age of 18, competent to testify, and base this declaration on personal knowledge and to identify the exhibits attached hereto.

2. I am the Washington State Assistant Attorney General for Defendants State of Washington, Department of Social and Health Services, Division of Children, Youth and Family Services, and Child Protective Services, in the above entitled action, I am a member in good standing of the Washington

1  State Bar Association, and admitted to practice before the United States District
2  Court for the Eastern District of Washington.
3        3.    The State Defendants who are now removing the matter were
4  originally brought into Spokane Superior Court Cause No. 21-2-00613-32 as
5  Third-Party Defendants.
6        4.    Attached as Exhibit 1 is a true and correct copy of the docket from
7  Spokane Superior Court Cause No. 21-2-00613-32, retrieved on June 16, 2022.
8        5.    Attached to as Exhibits 2–37 are true and correct copies of the
9  following documents from the 2021 cause number that are related to the third
10 party claims:

11              2. Defendant Penny Rodriguez's Answer to Complaint
12                 for Damages; Affirmative Defenses; Cross Claims
13                 (Israel Rodriguez); and Joinder/Third Party Claims
14                 (The State of Washington)
15              3. Summons (State Defendants)
16              4. Jury Demand (Penny Rodriguez)
17              5. Declaration of Service (State Defendants)
18              6. Notice of Appearance (State Defendants)
19              7. Third Party Defendants' Motion to Strike and Dismiss
20              8. Third Party Defendants' Memorandum of Authorities
21                 Supporting Motion to Strike and Dismiss
22

9. Note for Hearing (re Motion to Strike and Dismiss)

10. Proposed Order Granting Third Party Defendants' Motion to Strike and Dismiss

11. Penny Rodriguez's Response to Third Party Defendant State of Washington's Motion to Strike and Dismiss

12. Declaration of Mary Schultz

13. Third Party Defendants' Reply to Motion to Dismiss

14. Courtroom Minutes

15. Defendant Israel Rodriguez's Motion to Dismiss the Cross Claim of Cross-Claimant Penny Rodriguez

16. Defendant Israel Rodriguez's Memorandum in Support of Motion to Dismiss the Cross Claims of Cross-Claimant Penny Rodriguez

17. Declaration of Chad Freebourn

18. Penny Rodriguez's Response to Defendant Israel Rodriguez's Motion to Dismiss Cross Claims; Request for Rule 42 Consolidation and Bifurcation

19. Note for Hearing

20. Defendant Israel Rodriguez's Reply in Support of Motion to Dismiss and Response to Penny Rodriguez's

DECLARATION OF NICHOLAS ULRICH

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

<mark>
<mark>Motion to Consolidate and Bifurcate

21. Reply in Support of Penny Rodriguez's Request for Rule 42 Consolidation and Bifurcation

22. Courtroom Minutes

23. Letter from Judge re Motion to Strike and Dismiss

24. Order on State of Washington's Motion to Strike and Dismiss

25. Third Party Plaintiff Penny Rodriguez's Motion to Consolidate Third-Party Claims Against Third Party Defendant State of Washington to Cause Number 2019-2-03497-32

26. Note for Hearing

27. Proposed Order Granting Third Party Plaintiff Penny Rodriguez's Motion to Consolidate Third Party Claims to Cause Number 2019-2-03497-32

28. Note for Hearing

29. Motion for Final Judgment

30. Memorandum in Support of Motion for Final Judgment to State Defendants and in Opposition to Third Party Plaintiff Penny Rodriguez's Motion to Consolidate

31. Note for Hearing

32. Proposed Order Denying Ms. Rodriguez's Motion to Consolidate and Granting Third Party Defendants' Motion for Final Judgment and Issuing Final Judgment

33. Defendant Israel Rodriguez's Joinder in State of Washington's Motion for Final Judgment and Opposition to Motion to Consolidate

34. Defendant Israel Rodriguez's Response to Third Party Plaintiff Penny Rodriguez's Motion to Consolidate

35. Third Party Plaintiff Penny Rodriguez's Reply in Support of Consolidation; Response to State of Washington's Motion for Final Judgment

36. Order Denying Third Party Defendant State of Washington's Motion for Entry of Final Judgment

37. Order Granting Third Party Plaintiff Penny Rodriguez's Motion to Consolidate Third Party Claims to Cause Number 2019-2-03497-32

6. These third party claims raised federal questions under 42 U.S.C. § 1983, 1985, and 1986. The only state cause of action arose out of the same case or controversy.

7. Pursuant to *Home Depot v. Jackson*, 139 S. Ct. 1743 (2019), however,

1  third party defendants do not have the status remove an action to federal court under

2  28 U.S.C. § 1441 despite the existence of federal question jurisdiction and

3  supplemental jurisdiction.

4      8.    In December of 2021, the Spokane Superior Court ruled the claims

5  were improper to bring in this the 2021 action pursuant to Wash. R. Civ. P. 14 as

6  third party claims because they were independent claims.

7      9.    Rather than forcing Ms. Rodriguez to refile, however, on May 20,

8  2022, the Spokane Superior Court moved the claims into the 2019 cause number

9  where Penny Rodriguez is a plaintiff, not a third-party plaintiff.

10      10.    The Court specifically indicated that the State Defendants should be

11  removed from the caption of the 2021 cause of action and added to the caption of

12  the 2019 cause of action.

13      11.    Because the State Defendants changed status from third-party

14  defendants to mere defendants when the Court ordered the claims moved to the

15  2019 cause of action, the case is removable pursuant to 28 U.S.C. §1441(a) and

16  §1446(b)(3).

17      12.    Attached as Exhibit 38 is a true and correct copy of the docket for

18  Spokane Superior Court Cause No. 2019-2-03497-32 retrieved on June 14, 2022.

19      13.    Attached as Exhibits 38–79 are the following documents from the

20  2019 cause of action retrieved from the Court file:

21          39. Case Assignment/ Status Conference

22

40. Summons and Complaint
41. Jury Demand
42. Proof of Personal Service
43. Notice of Appearance
44. Motion and Declaration for Default
45. Ex Parte Note for Hearing
46. Answer to Complaint for Damages
47. Proposed Order Motion for Default
48. Notice of Intent to Withdraw as Attorney of Record
49. Case Scheduling Order
50. Notice of Intent to Withdraw
51. Letter
52. Limited Notice of Appearance and Notice of Withdrawal
53. Courtroom Minutes
54. Amended Case Scheduling Order
55. Notice of Appearance
56. Defendant's Motion to Continue
57. Declaration of Kevin W. Roberts in Support of Motion to Continue
58. Defendant's Memorandum in Support of Motion to

Continue

59. Defendant's Motion to Shorten Time Re: Motion to Continue Trial

60. Note for Motion

61. Proposed Order Granting Motion to Continue Trial

62. Proposed Order Granting Motion to Shorten Time Re: Motion to Continue Trial

63. Notice of Appearance

64. Notice of Appearance

65. Amended Case Scheduling Order

66. Stipulated Motion and Order to Continue Trial

67. Plaintiff's Initial Disclosures of Lay and Expert Witnesses

68. Defendant's Initial Disclosures of Lay and Expert Witnesses

69. Note for Hearing Issue of Law

70. Plaintiff's Motion to Continue Trial and Consolidate

71. Plaintiff's Proposed Order Granting Motion to Continue Trial and Consolidate

72. Defendant's Disclosure of Rebuttal Witnesses

73. Defendant's Response to Plaintiff's Motion to

DECLARATION OF NICHOLAS ULRICH

8

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

Continue Trial and Consolidate

74. Plaintiff's Reply in Support of Motion to Continue Trial and Consolidate

75. Courtroom Minutes

76. Courtroom Minutes

77. Order Continuing Trial and Granting Consolidation

78. Amended Civil Case Schedule

79. Plaintiff's First Amended Disclosure of Lay and Expert Witnesses

80. Notice of Appearance (State Defendants)

I declare under the penalty of perjury under the law of the United States and the State of Washington that the foregoing is true and correct.

DATED this __16th__ day of June, 2022.

ROBERT W. FERGUSON
Attorney General

*s/Nicholas Ulrich*
NICHOLAS R. ULRICH, WSBA No. 50006
Assistant Attorney General
Attorneys for Defendant
1116 W. Riverside, Suite 100
Spokane WA 99201
509-456-3123 - Telephone
Nicholas.Ulrich@atg.wa.gov

# PROOF OF SERVICE

I certify that I electronically filed and served a copy of this document using the CM/EDCF filing system and sent a copy of such filing in the U.S. mail to the following:

☒ US Mail Postage Prepaid

Mary Schultz
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
*Attorney for Plaintiff*

Kevin W. Roberts
Chad H. Freebourn
Roberts Freebourn, PLLC
1325 W. 1st Ave., Ste. 303
Spokane, WA 99201
*Attorneys for Defendant Israel Rodriguez*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of June, 2022, at Spokane, Washington.

ROBERT W. FERGUSON
Attorney General

*s/Nicholas Ulrich*
NICHOLAS R. ULRICH, WSBA No. 50006
Assistant Attorney General
Attorneys for Defendant
1116 W. Riverside, Suite 100
Spokane WA 99201
509-456-3123 - Telephone
Nicholas.ulrich@atg.wa.gov