MARY SCHULTZ  
MARY SCHULTZ LAW, P.S.  
2111 E. Red Barn Lane  
Spangle, WA 99031  
Tel: (509) 245-3522, Ext. 1  
Fax: (509) 245-3308  
E-mail: Mary@MSchultz.com

*Attorney for Plaintiff Penny Gardner (fka Rodriguez)*

The Hon. Salvador Mendoza, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PENNY GARDNER (*fka* RODRIGUEZ),<br><br>　　　　Plaintiff,<br><br>v.<br><br>ISRAEL RODRIGUEZ and STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, DIVISION OF CHILDREN, YOUTH AND FAMILY SERVICES, and CHILD PROTECTIVE SERVICES,<br><br>　　　　Defendants. | Case No. 2:22-cv-00144-SMJ<br><br>PLAINTIFF PENNY GARDNER(*fka* RODRIGUEZ)'S MOTION TO AMEND COMPLAINT FOR DAMAGES<br><br><br>Hearing Date: October 11, 2022<br>Without Oral Argument |

PLAINTIFF PENNY GARDNER(*fka* RODRIGUEZ)'S MOTION TO AMEND COMPLAINT FOR DAMAGES
Page 1 of 3

Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

## I. MOTION.

Plaintiff Penny Gardner (*fka* Rodriguez), through Mary Schultz of Mary Schultz Law, P.S., moves for leave to amend her cross claims and third-party claims into a First Amended Complaint for Damages, attached at Exhibit A.

Gardner's original cross-claims and third-party claims were initially filed against the Defendants within an answer pleading that Gardner filed in the Spokane County Superior Court Cause 21-2-00613-32. Those cross-claims and third party claims were removed by the Defendant State of Washington to the jurisdiction of the United States District Court for the Eastern District of Washington on June 16, 2022.  ECF 1.

This motion is brought pursuant to Fed. R. Civ. P. 15, which directs that "[t]he court should freely give leave (to amend) when justice so requires." This language "is to be applied with extreme liberality." *Amazon.com Inc. v. Robojap Techs. LLC,* 2021 WL 3674788, at *4 (W.D. Wash. Aug. 19, 2021).

Good cause exists to allow Plaintiff to clarify and to amend where necessary her claims made against these Defendants to the form of an operating complaint, as opposed to cross and third-party claims, and to update the pleading

PLAINTIFF PENNY GARDNER(*fka* RODRIGUEZ)'S MOTION TO AMEND COMPLAINT FOR DAMAGES
Page 2 of 3

Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

to comport with additional information since received, and supplemental tort claims filed which reflect additional information received. There is no prejudice to either Defendant by this amendment, as this matter is just getting underway.

Plaintiff Penny Gardner respectfully asks this Court to permit amendment of her prior cross and third-party claims to the first amended complaint filed as Exhibit A to this motion.

DATED this 26th day of August, 2022.

MARY SCHULTZ LAW, P.S.

/s/Mary Schultz
Mary Schultz, WSBA # 14198
Attorney for Plaintiff Penny Gardner (*fka* Rodriguez)
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Tel: (509) 245-3522, Ext. 1
Email: Mary@MSchultz.com

PLAINTIFF PENNY GARDNER(*fka* RODRIGUEZ)'S MOTION TO AMEND COMPLAINT FOR DAMAGES
Page 3 of 3

2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com