1  Nicholas Ulrich
   Assistant Attorney General
2  1116 West Riverside Avenue, Suite 100
   Spokane, WA 99201-1106
3  (509) 456-3123

4

5

6              **THE HONORABLE SALVADOR MENDOZA JR.**

7              **UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON**
8
   PENNY RODRIGUEZ,                    | NO. 2:22-cv-00144-SMJ
9
              Plaintiff,
10
        v.                              | STATE DEFENDANT'S
11                                        RESPONSE TO
   ISRAEL RODRIGUEZ and                  PLAINTIFF'S MOTION TO
12 STATE OF WASHINGTON,                  AMEND COMPLAINT
   DEPARTMENT OF SOCIAL
13 AND HEALTH SERVICES,
   DIVISION OF CHILDREN,
14 YOUTH AND FAMILY
   SERVICES, and CHILD
15 PROTECTIVE SERVICES,

16            Defendants.

17

18      State Defendants have no objection to Plaintiff's Motion to Amend

19 Complaint, incorporating her most recent tort claims filed in June of 2022. ECF

20 No. 6-1 at 4.

21 \\\

22 \\\

STATE DEFENDANT'S
RESPONSE TO
PLAINTIFF'S MOTION TO
AMEND COMPLAINT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1    DATED this __6_ day of September, 2022.

2                                    ROBERT W. FERGUSON
                                     Attorney General
3

4                                    s/Nicholas Ulrich
                                     NICHOLAS ULRICH, WSBA No. 50006
5                                    CARL P. WARRING, WSBA No. 27164
                                     Assistant Attorney General
6                                    1116 W. Riverside Ave., Ste. 100
                                     Spokane, WA 99201
7                                    509-456-3123 - Telephone
                                     509-458-3548 - Fax
8                                    Nicholas.Ulrich@atg.wa.gov

STATE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

## PROOF OF SERVICE

I certify that I electronically filed and served a copy of this document using the CM/ECF system which will send notification of such filing to the following:

Mary Schultz
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
*Attorney for Plaintiff*

Kevin W. Roberts
Chad H. Freebourn
Roberts Freebourn, PLLC
1325 W. 1st Ave., Ste. 303
Spokane, WA 99201
*Attorneys for Defendant Israel Rodriguez*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this ___6___ day of September, 2022, at Spokane, Washington.

ROBERT W. FERGUSON
Attorney General

s/Nicholas Ulrich
NICHOLAS ULRICH, WSBA No. 50006
CARL P. WARRING, WSBA No. 27164
Assistant Attorney General
Attorney for Defendants
1116 W. Riverside Ave., Ste. 100
Spokane, WA 99201
509-456-3123 – Telephone
Nicholas.Ulrich@atg.wa.gov