MARY SCHULTZ
MARY SCHULTZ LAW, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Tel: (509) 245-3522, Ext. 1
Fax: (509) 245-3308
E-mail: Mary@MSchultz.com

*Attorney for Plaintiff Penny Gardner*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PENNY GARDNER (*fka* RODRIGUEZ),<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL RODRIGUEZ and STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, DIVISION OF CHILDREN, YOUTH AND FAMILY SERVICES, and CHILD PROTECTIVE SERVICES,<br><br>Defendants. | Case No. 2:22-cv-00144-TOR<br><br>PLAINTIFF PENNY GARDNER'S SECOND MOTION TO AMEND COMPLAINT FOR DAMAGES<br><br><br>Hearing Date: 09/05/2023<br>Without Oral Argument |

PLAINTIFF PENNY GARDNER'S SECOND MOTION TO AMEND
COMPLAINT FOR DAMAGES
Page 1 of 6

2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

## I.  MOTION.

Plaintiff Penny Gardner (*fka* Rodriguez), moves for leave to amend her First Amended Complaint for Damages, ECF 11, to her Second Amended Complaint, attached as Exhibit A to this motion.

Fed. R. Civ. P. 15 directs that "[t]he court should freely give leave (to amend) when justice so requires." This language "is to be applied with extreme liberality." *Ante v. Office Depot Bus. Servs.,* 641 F. Supp. 2d 906, 908 (N.D. Cal. 2009). There has been no undue delay, bad faith, or dilatory motive on Plaintiff's part, nor any repeated failures to cure deficiencies by amendments previously allowed, nor undue prejudice to the opposing party by virtue of allowance of the amendment, and "the leave sought should, as the rules require, be freely given." *Ante v. Office Depot, at 908, quoting Foman v. Davis,* 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962).

Good cause exists for amendment. Plaintiff clarifies her causes of action arising from the conduct between Defendants as uncovered in discovery to date, and applies that conduct to claims attendant to such, which will allow Plaintiff her day in court on all claims now known to have arisen between these parties

PLAINTIFF PENNY GARDNER'S SECOND MOTION TO AMEND
COMPLAINT FOR DAMAGES
Page 2 of 6

Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

from the facts and discovery at hand. As an example, recent discovery answers and production from Defendants reveal evidence of conduct and events which were withheld by the Defendant State in particular, when that information was in the State's possession, and has remained in the State's possession since June 2017, with Defendant Rodriguez first disclosing such to Gardner in recent production dated May 26, 2023. *See* Israel Rodriguez 0000158-160. The Defendant State has continued to submit answers and production omitting its participation in a licensing deprivation that occurred in June 2017. See Second Amended Complaint (proposed) at Exhibit A to Motion to Amend, at e.g., paragraphs 2.60-.61, 2.67-.68, 2.76-.84, 2.88, and Section D, paragraphs 2.90-.101. There is no prejudice caused either Defendant by this amendment, because both Defendants knew of their collusive conduct as to these actions since May 2017.

Plaintiff Penny Gardner respectfully asks this Court to permit amendment of her first amended complaint to the Second Amended Complaint attached as Exhibit A to this motion.

PLAINTIFF PENNY GARDNER'S SECOND MOTION TO AMEND
COMPLAINT FOR DAMAGES
Page 3 of 6

Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

DATED this 4th day of August, 2023.

MARY SCHULTZ LAW, P.S.

*/s/Mary Schultz*
Mary Schultz, WSBA # 14198
Attorney for Plaintiff Penny Gardner (*fka* Rodriguez)
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Tel: (509) 245-3522, Ext. 1

PLAINTIFF PENNY GARDNER'S SECOND MOTION TO AMEND COMPLAINT FOR DAMAGES
Page 4 of 6

2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

CERTIFICATE OF SERVICE

The undersigned certifies that on the 4th day of August 2023, she served a copy of the foregoing document to the following individual(s) in the manner indicated below:

| SERVICE LIST | |
|---|---|
| **Nicholas R. Ulrich**<br>**Jacob Earl Brooks**<br>Attorney General of Washington SPO<br>Spokane Division<br>1116 W. Riverside Avenue, Suite 100<br>Spokane, WA 99201<br><br>*Attorneys for Defendant State of Washington* | ☒ E-mail:<br>Nicholas.Ulrich@atg.wa.gov<br>Jake.Brooks@atg.wa.gov |
| **Chad H. Freebourn**<br>**Kevin W. Roberts**<br>Roberts │ Freebourn, PLLC<br>1325 W. 1st Avenue, Suite 303<br>Spokane, WA 99201<br><br>*Attorneys for Defendant Israel Rodriguez* | ☒ E-mail:<br>Kevin@Robertsfreebourn.com<br>Chad@Robertsfreebourn.com<br>heather@robertsfreebourn.com |

PLAINTIFF PENNY GARDNER'S SECOND MOTION TO AMEND COMPLAINT FOR DAMAGES
Page 5 of 6

Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

Dated this 4th day of August, 2023.

MARY SCHULTZ LAW, P.S.

*/s/Mary Schultz*
Mary Schultz, WSBA # 14198
Attorney for Plaintiff Penny Gardner
Mary Schultz Law, P.S.
2111 E. Red Barn Lane, Spangle, WA 99031
Tel: (509) 245-3522, Ext. 1
E-mail: Mary@MSchultz.com

PLAINTIFF PENNY GARDNER'S SECOND MOTION TO AMEND COMPLAINT FOR DAMAGES
Page 6 of 6

2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com