AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 28, 2024**

SEAN F. McAVOY, CLERK

PENNY GARDNER,
(f/k/a Penny Rodriguez),
*Plaintiff*

v.

Civil Action No. 2:22-CV-0144-TOR

ISRAEL RODRIGUEZ and
STATE OF WASHINGTON, et al.,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The State Defendants' Motion for Summary Judgment (ECF No. 84) is GRANTED, and Plaintiff's Motion for Summary Judgment (ECF No. 96) is DENIED. All claims against the State and its agencies are DISMISSED with prejudice. The Court declines to reach Defendant Rodriguez's Motion for Summary Judgment (ECF No. 92) as it lacks supplemental jurisdiction over the remaining claims. This matter is REMANDED to Spokane County Superior Court for all further proceedings on the state law claims against Defendant Rodriguez.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on the parties' cross-motions for summary judgment (ECF Nos. 84, 96).

Date: March 28, 2024

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry